# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAWN C. HACKETT, | ) | CASE NO. 5: 13 CV 2014 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | MEMORANDUM OPINION |
| SOCIAL SECURITY | ) | AND JUDGMENT ORDER |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert. The Report and Recommendation (ECF # 22), issued on April 11, 2014, is ADOPTED by this Court. The issue before the Court was Plaintiff's request for judicial review of the final decision of the Defendant to deny Plaintiff's applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). The issue has been fully briefed and both parties have had ample opportunity to state their respective positions. After reviewing the submissions and following a hearing on the issue, Magistrate Limbert recommended that the Court affirm the Defendant's decisions and DISMISS plaintiff's complaint with prejudice. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. The Court affirms the Defendant's decisions to deny

Plaintiff's applications for DIB and SSI. In addition, judgment shall be entered in favor of the Defendant, and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: June 5, 2014